UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN O'HARE,<br><br>               Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>               Defendant. | Case No.: 21cv1662-MMA-LL<br><br>**ORDER GRANTED MOTION TO RESET EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 9]** |

On November 10, 2021, Defendant filed an ex parte motion to reschedule the Zoom Early Neutral Evaluation (ENE) and Case Management Conference (CMC) set for November 17, 2021 due to the unavailability of Defendant's representative. ECF No. 9. Plaintiff filed a notice of non-opposition. ECF No. 10. Defendant requests to reset the ENE and CMC to December 13, 2021 based on communications with Plaintiff's counsel, and Plaintiff does not oppose. ECF No. 9. For good cause shown, the motion is **GRANTED**. The Zoom ENE and CMC scheduled for November 17, 2021 are **VACATED** and **RESET**

///

///

///

for **December 13, 2021** at **10:00 a.m. PST**. All other requirements remain as previously set. See ECF No. 5.

    **IT IS SO ORDERED**.

Dated: November 12, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge